IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PAULETTE A. CHATMAN,** | |
| **Plaintiff,** | |
| v. | Case No. 24-CV-02454-SPM |
| **WILLIAMSON COUNTY, ILLINOIS, WILLIAMSON COUNTY SHERIFF'S OFFICE, and BRADLEY M. THORNTON** | |
| **Defendants.** | |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 3, 2025 (Doc. 22), this action is **DISMISSED with prejudice**.

**DATED: December, 2025**

MONICA A. STUMP,
Clerk of Court

By: *s/ Jackie Muckensturm*
Deputy Clerk

APPROVED: *s/ Stephen P. Mc*Glynn
STEPHEN P. MCGLYNN
U.S. District Judge