IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PAULETTE A. CHATMAN,**<br><br>    Plaintiff,<br><br>v.<br><br>**WILLIAMSON COUNTY, ILLINOIS, WILLIAMSON COUNTY SHERIFF'S OFFICE, and BRADLEY M. THORNTON**<br><br>    Defendants. | Case No. 24-CV-02454-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 3, 2025 (Doc. 22), this action is **DISMISSED with prejudice**.

**DATED: December, 3 2025**

                    MONICA A. STUMP,
                    Clerk of Court


                    By: *s/ Jackie Muckensturm*
                           **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
         **STEPHEN P. MCGLYNN**
         **U.S. District Judge**